IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ZAKKAWUNDA MOSS, #524910 ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 15-0310-CG-B |
| ) | |
| SERGEANT ASHELY KIDD, et al., ) | |
| ) | |
|     Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated January 7, 2016, is **ADOPTED** as the opinion of this Court. Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 16), filed after the Report and Recommendation was issued, is **DENIED**, as the Court finds that the additional facts proposed in the motion do not change the opinion expressed in the Report and Recommendation, which the Court adopts.

**DONE and ORDERED** this 5th day of February, 2016.

                                            /s/  Callie V. S. Granade
                                            UNITED STATES DISTRICT JUDGE