IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ZAKKAWUNDA MOSS, #524910 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 15-0310-CG-B |
| ) | |
| SERGEANT ASHELY KIDD, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order entered this date, this action is **DISMISSED without prejudice**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 5th day of February, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE